UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN ZARAGOZA,<br><br>          Petitioner<br><br>vs.<br><br>JOHN MARSHALL, Warden,<br><br>          Respondent. | ) Case No. CV 08-1029-GW(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: August 12, 2009

_/s/ George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

R&R\08-1029.jud
4/27/09